UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

SARAH WILLIAMS,                                         CASE NO. 1:12-cv-21027-JAL

          Plaintiff,

v.

UNITED STATES FOUNDRY &
MANUFACTURING CORPORATION, a
Florida Profit Corporation d/b/a U.S.
FOUNDRY & MANUFACTURING CORP.

          Defendant.

---

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal *with prejudice* of this action, with each party bearing their own attorneys' fees and costs and ask the Court to endorse this stipulation. The Parties state in support of their request for Court endorsement and dismissal of this action:

    1.    This case was originally assigned to Hon. Judge A. Lenard, however, the parties consented to complete jurisdiction for Hon. Magistrate Judge John J. O'Sullivan to decide all issues. (D.E. 26)

    2.    Judge O'Sullivan had become familiar with the case during the parties Court ordered Settlement conference. (D.E. 23). Although the case was filed as an FLSA action the parties negotiated unsuccessfully during the Court settlement conference about multiple issues unrelated to the FLSA case and were unable to fully evaluate the merits of the FLSA case because the U.S. Supreme Court was expected to issue a ruling concerning the sales exemption

that substantially affected the Plaintiff's case.  See *Christopher. v. Smithkline Beecham Corp*, 132 S. Ct. 2156 (U.S. 2012) decided June 18, 2012.

3. The Supreme Court having now ruled negatively for the Plaintiff on the issues affecting this matter have caused the Parties desire to dismiss the case with prejudice with each party bearing their own attorneys' fees and costs.

4. The Parties inform the Court that the resolution they reached settles all claims between the parties, in particular, those that were not before the Court but that the Court has some knowledge of because of the judicially ordered settlement conference it conducted.

| | |
|---|---|
| */s/Dale J. Morgado, Esq.* | /s/ Joseph R. Buchanan, Esq. |
| Dale J. Morgado, Esq. | Wampler, Buchanan, Walker, Chabrow, |
| Feldman, Fox & Morgado, P.A. | Banciella, & Stanley, PA |
| 100 N. Biscayne Boulevard | 9350 S. Dixie Highway |
| 29th Floor, Suite 2902 | Suite 1500 |
| T: 305-222-7850 | Miami, FL 33156 |
| F: 305-384-4676 | T: 305-577-0044 |
| FBN:  0064015 | F: 305-577-8545 |
| Email: dmorgado@ffmlawgroup.com | Email: jbuchanan@wbwcb.com |
| | |
| Attorney for the Plaintiff | Attorney for the Defendant |

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 20, 2012, I electronically filed the foregoing with the clerk of the Court by using the *CM/ECF* system which will send a notice of an electronic filing to all parties:

                                              */s/Dale J. Morgado, Esq.*
                                              Dale J. Morgado, Esq.