UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-21027-CIV-O'SULLIVAN
[CONSENT]

SARAH WILLIAMS,

    Plaintiff,

v.

UNITED STATES FOUNDRY &
MANUFACTURING CORP.,
et al.,

    Defendants.
_____/

## ORDER

THIS MATTER came before the Court upon the parties' joint stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). See Joint Stipulation of Dismissal (DE# 32, 7/20/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that a fairness hearing pursuant to Lynn Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Friday, July 27, 2012**, at **9:45 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties shall promptly notify the undersigned's Chambers if they wish to attend this hearing by telephone.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **20th** day of July, 2012.

                                            JOHN J. O'SULLIVAN
                                            UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record